UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-7-1BR(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ERIC DESHAWN ROACH | ) | |

The Grand Jury charges that:

### COUNT ONE
### 21 U.S.C. § 846
(Conspiracy to possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine)

Beginning in or about May 2016, the exact date being unknown to the Grand Jury, and continuing until on or about May 9, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, ERIC DESHAWN ROACH, did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendant, ERIC DESHAWN ROACH, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably

1

foreseeable to him, is a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
21 U.S.C. § 841(a)(1)
(Possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine)

On or about May 9, 2016, in the Eastern District of North Carolina, ERIC DESHAWN ROACH, the defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**[The remainder of this page is being left blank intentionally]**

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 21 United States Code, Section 853, that all of his interest in all property specified herein is subject to forfeiture.

Upon conviction of the controlled substance offenses alleged in Counts One, Two and Three of this Indictment, defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, or any property traceable thereto.

[Remainder of page left blank intentionally]

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

FOREPERSON

DATE: 1-24-17

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

JOHN STUART BRUCE
United States Attorney

BY: John Bradford Knott
Assistant United States Attorney
Criminal Division

4