

### U. S. Department of Justice

**John Stuart Bruce**
United States Attorney
Eastern District of North Carolina

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

DATE: January 24, 2017

TO: Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: JOHN STUART BRUCE,
United States Attorney

ATTN OF: J. BRADFORD KNOTT, *BK*
Assistant United States Attorney

SUBJECT: United States v. Eric Deshawn Roach
No. 4:17-CR-7-1BR(1) Eastern Division

    Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office