UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Second Amended Motion for Revocation on Offender Under Supervised Release

| | | | |
|---|---|---|---|
| Name of Offender: | Eric Deshawn Roach | Case Number: | 4:17-CR-7-1BR |
| Name of Sentencing Judge: | Honorable James C. Dever III | | |
| Date of Original Sentence: | July 27, 2017 | | |
| Original Offense: | Conspiracy to Possess With the Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C) | | |
| Original Sentence: | 36 months imprisonment; 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 1/21/2019 |
| Defense Attorney: | Suzzane Little | | |

## EARLIER COURT ACTION

| | |
|---|---|
| 04/17/2019 | A Violation Report was submitted to the Court advising that Roach was charged with Assault on a Female, Trespassing, and Simple Assault in Lenoir County (19CR50759 and 19CR50756). |
| 06/10/2019 | A Motion for Revocation was filed, and a warrant issued. |
| 10/25/2019 | An Amended Motion for Revocation was filed. |

## PETITIONING THE COURT

Violation 1 -   Criminal conduct.

On June 5, 2019, the defendant committed, and was charged with Felony Possession of a Schedule I Controlled Substance by the Lenoir County Sheriff's Department. The charge remains pending in Lenoir District Court (19CR51153).

Violation 2 -   Criminal Conduct.

Between June 3, 2019 and June 4, 2019, the defendant committed the felonious offense of Second Degree Murder by Distribution of Drugs, and was charged as such on October 25, 2019, by the Lenoir County Sheriff's Department (19-CR-52268). Currently, the warrant remains unserved.

Violation 3 -   Failure to pay a monetary obligation.

On January 22, 2019, Roach signed a payment agreement wherein he agreed to make monthly payments of $10 beginning on March 22, 2019. To date, Roach has made no payments and is $30 in arrears.

Violation 4 -   Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

Roach received a substance abuse and mental health assessment on January 30, 2019 from a local vendor. At that time, it was recommended that he attend weekly individual mental health treatment sessions, two substance abuse group sessions per month, and monthly medication management sessions. To date, Roach attended one individual mental health treatment session on February 11, 2019, attended one medication management session on March 18, 2019, and never attended any group substance abuse treatment sessions. Further, Roach failed to report as scheduled for an individual mental health treatment session on April 24, 2019 and failed to report for a medication management appointment on April 26, 2019.

    This document updates the last filed Motion for Revocation wherein the court ordered issuance of a warrant. In view thereof, we respectfully petition the court that the term of supervision be revoked.

    This the 14th day of November, 2019.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: November 14, 2019 |