| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Eric Deshawn Roach** | ) | |
| | ) | |

On July 27, 2017, Eric Deshawn Roach appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C) was sentenced to the custody of the Bureau of Prisons for a term of 36 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Eric Deshawn Roach was released from custody and the term of supervised release commenced on January 21, 2019.

From evidence presented at the revocation hearing on December 2, 2019, the court finds as a fact that Eric Deshawn Roach, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to pay a monetary obligation.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 6 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 6 day of December, 2019.

_____
W. Earl Britt
Senior U.S. District Judge